AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| FADWA CHARNITSKI )<br>_Plaintiff_ )<br>v. ) Civil Action No. 3:10-2024<br>MOTORWORLD GROUP )<br>_Defendant_ ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____.

☑ other: Judgment by jury verdict in favor of the plaintiff and against the defendant in the amount of $250,000 in compensatory damages and in the amount of $500,000 punative damages.

This action was _(check one)_:

☑ tried by a jury with Judge MALACHY E. MANNION presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 8/15/13

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_